IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SAMUEL DEWITT,

        Petitioner,　　　　　　　　　　JUDGMENT IN A CIVIL CASE

v.　　　　　　　　　　　　　　　　　　Case No. 14-cv-38-wmc

UNITED STATES OF AMERICA,

        Respondent.

---

    This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent United States of America against petitioner Samuel Dewitt denying his motion to vacate, set aside or correct his sentence under 28 U.S.C. § 2255.


    _____s/ A. Wiseman, Deputy Clerk_____　　　____October 31, 2014____
       Peter Oppeneer, Clerk of Court　　　　　　　　　　　　Date