IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

SAMUEL DEWITT,

     Petitioner-Appellant,

v.

UNITED STATES OF AMERICA,

     Respondent-Appellee.

Case No. 3:14-cv-00038-wmc

U.S.C.A. – 7th Circuit
RECEIVED

DEC 15 2014

GINO J. AGNELLO
CLERK

**NOTICE OF APPEAL**

Samuel Dewitt, pro se, hereby gives notice of his intent to appeal this Honorable Court's decision of 10/31/2014, consisting of a judgment, and opinion and order, denying his § 2255 matter.

CERTIFICATION

"I certify that the foregoing is true under penalty of perjury pursuant to 28 U.S.C. § 1746. Executed on 12/11/14 ".

Signed,

/s Samuel Dewitt

CERTIFICATE OF SERVICE

"I certify that I have served a copy of the foregoing instrument on
United States Attorney
222 W Washington AVE
Suite 700
Madison, WI 53703
United States
by placing a copy in the U.S. Mail on 12/11/14 ".

Signed,

/s Samuel Dewitt