IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SAMUEL DEWITT

          ORDER

v.

          14-cv-38-wmc
          Appeal No. 14-3762

UNITED STATES OF AMERICA

---

On October 31, 2014, this court denied Samuel DeWitt's motion pursuant to 28 U.S.C. § 2255, seeking relief from his conviction and sentence in *United States v. DeWitt*, Case No. 12-cr-90-wmc. In that same order, the court denied a certificate of appealability for purposes of 28 U.S.C. § 2253(c). DeWitt has filed a notice of appeal. To date, however, he has not paid the appellate docketing fee ($505.00). For his appeal to proceed, DeWitt must pay the docketing fee within twenty days or file a properly supported motion for leave to proceed *in forma pauperis* in compliance with 28 U.S.C. § 1915(a)(2).

ORDER

IT IS ORDERED that Samuel DeWitt must either (1) pay the $505.00 appellate docketing fee or (2) file a properly supported motion for leave to proceed *in forma pauperis* together with a certified copy of his inmate trust fund account statement (or institutional equivalent) for the past six months, within **twenty days** of the date of this order. DeWitt is advised that his failure to comply may result in the dismissal of his appeal.

Entered this 31st day of March, 2015.

          BY THE COURT:

          /s/
          _____
          WILLIAM M. CONLEY
          District Judge